IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ------------------------------------------------- : | |
| MICHAEL L. MCDANIEL : | |
| : | CASE NOS. 1:06 CV 0803 |
| Plaintiff : | 1:06 CV 1371 |
| : | |
| -vs- : | |
| : | JUDGE WELLS |
| JOHN E. POTTER, Postmaster : | |
| General, United States Postal Service : | <u>JUDGMENT ENTRY</u> |
| : | |
| Defendant. : | |
| : | |
| ------------------------------------------------- : | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This Court, having contemporaneously entered its Memorandum and Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment, hereby enters judgment in favor of John E. Potter, Postmaster General, United States Postal Service and against plaintiff Michael L. McDaniel.

  IT IS SO ORDERED

                 /s/Lesley Wells
              UNITED STATES DISTRICT JUDGE